# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 13-7160 | September Term, 2013 |
| | 1:04-cv-01173-PLF-JMF |
| | **Filed On:** February 4, 2014 |

Estate of Esther Klieman, By and through its Administrator, Aaron Kesner, et al.,

    Appellees

British Broadcasting Corporation,

    Appellant

    v.

Palestinian Authority, also known as Palestinian Interim Self-Government Authority and Palestinian Liberation Organization, also known as PLO,

    Appellees

# O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule and format will apply in this case:

| | |
|---|---|
| Brief of BBC (not to exceed 14,000 words) and appendix | March 12, 2014 |
| Brief of Palestinian Authority and PLO (not to exceed 8,750 words) | March 27, 2014 |
| Brief of Klieman appellees (not to exceed 14,000 words) | April 11, 2014 |
| Reply brief of BBC (not to exceed 7,000 words) | April 25, 2014 |
| Reply brief of Palestinian Authority and PLO (not to exceed 4,375 words) | April 25, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7160**                                                **September Term, 2013**

      The parties will be informed by separate order of the argument date and composition of the merits panel.

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:   /s/
       Timothy A. Ralls
       Deputy Clerk